**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| SAMUEL HOWARD, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | CASE NO.: 7:18-CR-21 (WLS) |
| v. | : | 7:23-CV-147 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

_____

## <u>ORDER</u>

Before the Court is Recommendation (Doc. 192) from now-retired United States Magistrate Judge Thomas Q. Langstaff, entered on October 3, 2024. Therein, retired-Judge Langstaff recommends that Petitioner's Motion to Vacate (Doc. 189) be denied. For the reasons discussed herein, the Recommendation is **ACCEPTED**, **ADOPTED**, and made the Order of this Court.

Petitioner filed a Motion to Vacate Sentence (Doc. 189) on December 21, 2023, pursuant to 28 U.S.C. § 2255. On February 29, 2024, Respondent filed a Response (Doc. 191) to Petitioner's Motion. Judge Langstaff entered the instant Recommendation (Doc. 192) on October 3, 2024. The Recommendation and 28 U.S.C. § 636(b)(1) provided the parties with fourteen days to file an objection. (Doc. 192 at 7). Respondent did not file an objection. Petitioner filed a motion for an extension of time to file his objection (Doc. 200), which was granted in part. Petitioner's deadline to file his objection to the Recommendation was extended through December 27, 2024. (Doc. 202). To date, Petitioner has not filed an objection. As such, in the absence of objections, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012).

Upon full review and consideration of the Record, the Court sees neither plain error nor manifest injustice in Judge Langstaff's Recommendation. The Recommendation

1

(Doc. 192) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. Petitioner's Motion to Vacate under § 2255 (Doc. 189) is **DENIED**.

Additionally, a district court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To merit a certificate of appealability, the applicant must show that reasonable jurists would find it debatable (1) whether the petition states a valid claim of the denial of a constitutional right, and (2) whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Petitioner failed to file an objection to Judge Langstaff's Recommendation of the denial of a certificate of appealability. After reviewing the record, the Court finds that Petitioner has not made a substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2). Therefore, the Court agrees with Judge Langstaff's Recommendation and **DENIES** Petitioner a certificate of appealability.

**SO ORDERED,** this 19th day of March 2026.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2